ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Vectrus Systems Corporation | ) ASBCA No. 63629-ADR |
| | ) |
| Under Contract No. FA3002-18-C-0003 | ) |

APPEARANCES FOR THE APPELLANT:     Joseph G. Martinez, Esq.
                                               Mikaela R. Colvin, Esq.
                                               Natalie M. Seelig, Esq.
                                                 Dentons US LLP
                                                 Denver, CO

APPEARANCES FOR THE GOVERNMENT:     Caryl A. Potter III, Esq.
                                               Air Force Deputy Chief Trial Attorney
                                              Christian Robertson II, Esq.
                                               Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE ARNETT

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,000,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: March 13, 2024

                                                        _____
                                                        LAURA J. ARNETT
                                                        Administrative Judge
                                                        Armed Services Board
                                                        of Contract Appeals

(Signatures continued)

I concur

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

MICHAEL N. O'CONNELL
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63629-ADR, Appeal of Vectrus Systems Corporation, rendered in conformance with the Board's Charter.

Dated: March 14, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2